**FILED**

OCT - 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN GADDY,<br><br>    Plaintiff,<br><br>v.<br><br>M. A. COOK, et. al.,<br><br>    Defendants. | No. C 13-01627 BLF (PR)<br><br>**ORDER DIRECTING CLERK TO REISSUE SERVICE TO DEF. LT. J. ANDERSON** |

Plaintiff, a state prisoner at Pelican Bay State Prison ("PBSP"), filed the instant civil rights action in *pro se* pursuant to 42 U.S.C. § 1983, challenging conditions of confinement. The Court ordered service of the complaint on Defendants on September 18, 2014. (Docket No. 27.) The Court has received notice from the Litigation office at Pelican Bay State Prison indicating that service was attempted on the wrong Defendant. Accordingly, the Clerk is directed to reissue a Notice of Lawsuit and Request for Waiver of Service of Summons to **Defendant Lt. J. Anderson** at **Pelican Bay State Prison**, (P.O. Box 7000, Crescent City, CA 95531-7000). The Clerk shall also mail a copy of this Order to Plaintiff.

    The Clerk shall also include two copies of the Waiver of Service of Summons, a copy of the third amended complaint, (Docket No. 15), all attachments thereto, a copy of

1 | the Court's Order of Service, (Docket No. 27), and a copy of this order to Defendant J.
2 | Anderson.
3 |       Defendant J. Anderson is directed to follow the briefing schedule and instructions
4 | set forth in accordance with the Court's Order of Service filed on September 18, 2014,
5 | (Docket No. 27).
6 | **IT IS SO ORDERED.**
7 |
8 | DATED: Oct 2, 2014
9 |                                               BETH LABSON FREEMAN
                                              United States District Judge