UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GADDY,

    Plaintiff,

  v.

E. ENOS, et al.,

    Defendants.

Case No.  13-cv-01627-BLF   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on January 15, 2016, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff  Michael Gaddy Pro Se

    (   )  Warden or warden's representative

    (   )  Office of the California Attorney General

    ( X )  Other:  Peter Hirsig, Kyle Lewis and Christina Johansen

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (   ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( X )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 1/20/2016

_____

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY,<br><br>    Plaintiff,<br><br>    v.<br><br>E. ENOS, et al.,<br><br>    Defendants. | Case No.  13-cv-01627-BLF   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 20, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Gaddy ID: J02095
PO Box 3456
ASU-113L
Corcoran, CA 93212

Dated: January 20, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3