UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL GADDY,

    Plaintiff,

  v.

SERGEANT E. ENOS, et al.,

    Defendants.

Case No.  13-cv-01627-BLF

**ORDER APPOINTING COUNSEL**

The Court referred this matter to the Federal Pro Bono Project to find counsel if possible. The Federal Pro Bono Project has informed the Court that Neel Chatterjee and Monte Cooper of Orrick, Herrington, & Sutcliffe LLP have agreed to serve as appointed pro bono counsel for Plaintiff.

Neel Chatterjee and Monte Cooper are hereby APPOINTED as counsel for Plaintiff. The scope of this referral shall be for all purposes for the duration of the case.

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall become familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines.

The Clerk shall set this matter for a case management conference within 90 days of the filing date of this order.

**IT IS SO ORDERED.**

Dated: March 3, 2016

_____
BETH LABSON FREEMAN
United States District Judge