1

2

3            UNITED STATES DISTRICT COURT

4            NORTHERN DISTRICT OF CALIFORNIA

5            SAN JOSE DIVISION

6

7    MICHAEL GADDY,                          Case No.  5:13-cv-01627-BLF

            Plaintiff,                       **CASE MANAGEMENT ORDER**
8

9        v.

     E. ENOS, et al.,
10
            Defendants.
11

12

13        On 05/26/2016, the parties appeared before Judge Beth Labson Freeman for a Case

14   Management Conference.

15        IT IS HEREBY ORDERED that the following schedule shall apply in this case:

16

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 07/13/2017 at 9:00 am |
| Final Pretrial Conference | 09/21/2017 at 1:30 pm |
| Trial | 10/16/2017 at 9:00 am |

United States District Court
Northern District of California

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2  are referred to the assigned Magistrate Judge.

3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4  orders, which are available on the Court's website and in the Clerk's Office.

5      IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated

6  proposed schedule regarding dates and deadlines to trial.

7

8  Dated:  05/26/2016

9

10

11  _____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California